# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 14-cv-1511 (ABJ) |

## DEFENDANT'S NOTICE OF DELIVERY FOR EX PARTE INSPECTION

Defendant U.S. Department of State hereby provides notice that it has delivered for *in camera* inspection, via the Court Information Security Officer, "the documents it has withheld or redacted pursuant to Exemption 5, which are listed in plaintiff's [34] opposition to defendant's motion for summary judgment and in support of plaintiff's cross-motion at pages 10-11." *See* Minute Order of Feb. 7, 2017.

Date: February 14, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Robert J. Prince*
ROBERT J. PRINCE (D.C. Bar No. 975545)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-3654
robert.prince@usdoj.gov

*Counsel for Defendant*